UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION LOCAL UNION         Index No.: 12-CIV-6445 (LTS)
NO. 28 BENEFIT FUNDS
                                               VOLUNTARY NOTICE
                                               OF DISMISSAL
                        Plaintiffs,

        -against-

JANSONS ASSOCIATES, INC.,

                        Defendant.
-----------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.  Without Prejudice.


Dated: November 9, 2012
       Elmsford, New York

                                               _____
                                               Dana L. Henke, Esq. (DLH3025)
                                               BARNES, IACCARINO &
                                               SHEPHERD LLP
                                               Attorney for Plaintiffs
                                               258 Saw Mill River Road
                                               Elmsford, New York 10523
                                               (914) 592-1515